PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant AJW Construction, Inc.

ORIGINAL FILED

SEP 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR

HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ; EVERARDO VILLA,

Plaintiffs,

v.

AJW CONSTRUCTION, a California corporation; and DOES I through XX,

Defendant.

Case No. C07-04829 SC

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)
(FEDERAL QUESTION)

BY FAX

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant AJW CONSTRUCTION (hereinafter "Defendant") hereby removes to this Court the state court action described below:

1. On or about August 17, 2007, an action commenced in the Superior Court for the State of California, in and for the County of Alameda ("Alameda Superior Court"), entitled *Hipolito Acosta, Jesus Acosta, Filemon Garcia, Enrique Jauregui, Saul Lozano, Ricardo Munguia, Juan M. Navarro, Juan Rodriguez, Everardo Villa v. AJW Construction and Does I through XX*, as Case No. C 07-341397, which Court is within the jurisdiction of the United States District Court for the Northern District of California. A true and correct copy of the Complaint in

{CLIENT FILES\20444\5\00078438.DOC}                                                          - 1 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(B)

1  the above-referenced action (the "Complaint") served on Defendant is attached hereto as
2  Exhibit A.
3      2.   Defendant AJW Construction first received notice of this action on August 21,
4  2007, when copies of the Summons, the Complaint and alternative dispute resolution materials
5  were personally served on Defendants. A true and correct copy of the Summons served on
6  Defendant is attached hereto as Exhibit B.
7      3.   Pursuant to 28 U.S.C. Section 1446(d), Defendant will promptly file a copy of the
8  Notice of Removal, with exhibits, in the Alameda County Superior Court and will promptly serve
9  the same on Plaintiffs pursuant to 28 U.S.C. Section 1446(d).

## JURISDICTION

4.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the federal Labor Management Relations Act ("LMRA") 29 U.S.C. § 301, *et seq.* because the resolution of Plaintiffs' claims will require interpretation of a collective bargaining agreement. (Complaint, ¶¶ 15-24; *see, Lingle v. Norge Div. Magic Chef, Inc.* (1988) 486 U.S. 399, 412; *Allis-Chalmers Corp. v. Lueck* (1985) 471 U.S. 202, 213).

5.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it also arises under the federal Employment Retirement and Income Security Act of 1974 ("ERISA") 29 U.S.C. § 1001, *et seq.* because Plaintiffs seek to recover benefits allegedly due under an employee benefit plan. (Complaint, ¶ 24; *see, Metropolitan Life Ins. Co. v. Taylor* (1987) 481 U.S. 58, 66).

6.   This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

## INTRADISTRICT ASSIGNMENT

7.  A substantial part of the events or omissions giving rise to Plaintiff's claim occurred in Alameda County and therefore, assignment to the Oakland Division of this Court is proper under Civil Local Rule 3-2(c) and (d).

WHEREFORE, Defendant prays that the above-described action be removed from the Superior Court for the State of California, in and for the County of Alameda, to the United States District Court for the Northern District of California.

Date: 9/17, 2007

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: /s/ Kendall Burton
PAUL V. SIMPSON
JAMIE RUDMAN
KENDALL M. BURTON
Attorneys for Defendant AJW Construction, Inc.

# EXHIBIT A

JOHN E. HILL (Bar No. 45338)
MICHAEL P. GUTA (Bar No. 121509)
LAW OFFICES OF JOHN E. HILL
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 729-6333

Attorneys for Plaintiffs

FILED
ALAMEDA COUNTY
AUG 17 2007
CLERK OF THE SUPERIOR COURT
By _____ Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

UNLIMITED JURISDICTION

HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ, EVERARDO VILLA

Plaintiffs,

v.

AJW CONSTRUCTION, a California corporation; and DOES I through XX

Defendant(s).

Case No. RG 07341397

COMPLAINT FOR DAMAGES

(Recovery of Unpaid Wages; Unfair Business Practices - Violation of Bus. & Prof. Code Sec. 17200 )

BY FAX

1. At all times mentioned herein, Plaintiffs HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN MANUEL NAVARRO, JUAN RODRIGUEZ, and EVERARDO VILLA were and are residents of State of California, County of Alameda.

3. At all times mentioned herein, Defendant AJW CONSTRUCTION was a corporation organized and existing under the laws of California, and was doing business in State of California, County of Alameda.

4. Plaintiff is informed and believes, and thereon alleges, that the true names and capacities,

070503 2                  1                    COMPLAINT FOR DAMAGES:

10568198.tif - 8/17/2007 1:29:33 PM


EX. A

whether individual, associate, corporate or otherwise of Defendants sued herein as Does I to XX, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that the Defendants sued herein as "Does" are legally and/or equitably culpable and liable for the actions complained of herein. Plaintiff will seek leave of court to amend his complaint to allege the Does true names and capacities when the names and capacities have been ascertained. At all times herein mentioned, Plaintiff is informed and believes, and upon such basis alleges, that Does I to XX were the agents, servants and/or employees of the other Defendants, and at all times herein mentioned were acting within the course and scope of their agency and employment, and that the acts of each Defendant were ratified by the others.

## FIRST CAUSE OF ACTION

### (Recovery of Unpaid Wages)

5. Plaintiffs incorporate Paragraphs 1 to 4 as though full set forth herein.

6. Beginning in February, 2005, and continuing until the present, Plaintiff HIPOLITO ACOSTA was employed by Defendants, and each of them, at their facility in County of Alameda.

7. Beginning in 2000, and continuing until 2006, Plaintiff JESUS ACOSTA was employed by Defendants, and each of them, at their facility in County of Alameda.

8. Beginning in 1990, and continuing until May 31, 2005, Plaintiff FILEMON GARCIA was employed by Defendants, and each of them, at their facility in County of Alameda.

9. Beginning in August, 2004 and continuing until May 31, 2005, SAUL LOZANO was employed by Defendants, and each of them, at their facility in County of Alameda.

10. Beginning on May 20, 1998, and continuing until March 25, 2005, Plaintiff RICARDO MUNGUIA was employed by Defendants, and each of them, at their facility in County of Alameda.

11. Beginning in 2000 and continuing until the present, Plaintiff ENRIQUE JAUREGUI was employed by Defendants, and each of them, at their facility in County of Alameda.

12. Beginning in 1999, and continuing until Aopril 18, 2007, Plaintiff JUAN MANUEL NAVARRO was employed by Defendants, and each of them, at their facility in County of Alameda.

070503 2       2       COMPLAINT FOR DAMAGES:

13. Beginning on August 1, 2002, and continuing until the present, Plaintiff JUAN RODRIGUEZ was employed by Defendants, and each of them, at their facility in County of Alameda.

14. Beginning in September, 2005, and continuing until the present, Plaintiff EVERARDO VILLA was employed by Defendants, and each of them, at their facility in County of Alameda.

15. Plaintiff HIPOLITO ACOSTA is owed wages in an amount to be proven, based on a wage rate of $27.96/hour.

16. Plaintiff JESUS ACOSTA is owed wages in an amount to be proven, based on a wage rate of $23.84/hour.

17. Plaintiff FILEMON GARCIA is owed wages in an amount to be proven, based on a wage rate of $23.84/hour.

18. Plaintiff ENRIQUE JAUREGUI is owed wages in an amount to be proven, based on a wage rate of $23.74/hour, or at times $27.21/hour.

19. Plaintiff SAUL LOZANO is owed wages in an amount to be proven, based on a wage rate of $23.50/hour.

20. Plaintiff RICARDO MUNGUIA is owed wages in an amount to be proven, based on a wage rate of $23.80/hour.

21. Plaintiff JUAN MANUEL NAVARRO is owed wages in an amount to be proven, based on a wage rate of at least $23.84/hour.

22. Plaintiff JUAN RODRIGUEZ is owed wages in an amount to be proven, based on a wage rate of $23.50/hour.

23. Plaintiff EVERARDO VILLA is owed wages in an amount to be proven, based on a wage rate of $24.84/hour, or $27.97/hour..

24. In addition, Plaintiffs had accrued paid time off pursuant to Labor Code Secs. 226.7 and 227.3.

25. Pursuant to Labor Code Section 203, Plaintiffs request that the Court award them the

statutory penalty for unpaid wages. Pursuant to Labor Code Section 226.3, Plaintiffs request the Court to award them the statutory penalty for failure to provide accurate pay stubs. Pursuant to Labor Code Section 218.5, Plaintiffs request the Court to award them reasonable attorney's fees and costs incurred by them in the instant action.

26. Pursuant to Labor Code Section 218.6, Plaintiffs request that the Court award them interest on all due and unpaid wages at the legal rate specified by Civil Code Section 3289(b), accruing from the date the wages became due and payable.

WHEREFORE, Plaintiffs pray relief as hereinafter set forth.

## SECOND CAUSE OF ACTION
(Unfair Business Practices - Violation of Bus. & Prof. Code Section 17200)

27. Plaintiffs hereby incorporate Paragraphs 1-26 as though fully set forth herein.

28. Defendants' acts were in violation of Business and Professions Code Section 17200, in that they were a direct and proximate result of an unlawful, unfair, or fraudulent business act or practice.

WHEREFORE, Plaintiffs pray judgment as hereinafter set forth.

WHEREFORE, all Plaintiffs pray relief as follows:

1. Compensatory damages;
2. For economic damages including losses incurred in seeking substitute employment and loss of earnings, deferred compensation and other employment benefits, lost investment earnings, together with other economic losses, in an amount to be awarded by the Court;
3. For penalties pursuant to Labor Code Section 203;
4. For interest on the amount of losses incurred in earnings, deferred compensation and other employee benefits at the prevailing legal rate;
5. For reasonable attorney's fees, pursuant to Labor Code Section 218.5;
6. For punitive damages;
7. For costs of suit herein incurred; and

1   8.   For such other and further relief as the Court may deem proper.

Dated: 8/14/07

LAW OFFICES OF JOHN E. HILL

By: *[signature]*
MICHAEL P. GUTA
Attorneys for Plaintiff

# EXHIBIT B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
AJW CONSTRUCTION, a California corporation; and DOES I through XX

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ, EVERARDO VILLA

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

AUG 17 2007

CLERK OF THE SUPERIOR COURT
By KMEL DHILLON, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

**CASE NUMBER:**
**(Número del Caso):** RG 07341397

The name and address of the court is:
(El nombre y dirección de la corte es):
Alameda Superior Court
1225 Fallon Street
Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Michael P. Guta, SBN 121509, c/o LAW OFFICES OF JOHN E. HILL, A Professional Corporation, 8105 Edgewater Drive, Suite 100, Oakland, CA 94621, (510) 588-1000

DATE: AUG 17 2007   PAT S. SWEETEN   Clerk, by KMEL DHILLON, Deputy
(Fecha)   (Secretario)   (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): AJW Construction, et al.
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

SUMMONS

Code of Civil Procedure §§ 412.20, 465

18880108.tif - 8/17/2007 1:29:38 PM

**EX. B**