PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant AJW Construction, Inc.

ORIGINAL FILED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR

HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ; EVERARDO VILLA,

    Plaintiffs,

v.

AJW CONSTRUCTION, a California corporation; and DOES I through XX,

    Defendant.

Case No. C07-04829 SC

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES
(L.R. 3-16)

BY FAX

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendant AJW Construction certifies that as of this date, other than the named parties, there is no such interest to report

Date: 9/19, 2007

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: /s/ Kendall Burton
PAUL V. SIMPSON
KENDALL M. BURTON
Attorneys for Defendant AJW Construction, Inc.

{CLIENT FILES\20444\5\00079191.DOC}                                                                                                                         - 1 -
CERTIFICATE OF INTERESTED ENTITIES OR PARTIES