PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant AJW Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ; EVERARDO VILLA, <br><br> Plaintiffs, <br><br> v. <br><br> AJW CONSTRUCTION, a California corporation; and DOES I through XX, <br><br> Defendant. | Case No. C-07-04829 SC <br><br> **CERTIFICATE OF SERVICE OF NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** |

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is Simpson, Garrity & Innes, Professional Corporation, 601 Gateway Boulevard, Suite 950, South San Francisco, CA 94080.

On the date indicated below, I served a copy of the following documents, a true and correct copy of which are attached hereto:

**NOTICE TO PLAINTIFFS OF REMOVAL OF CASE TO FEDERAL COURT**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION)**

**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES (L.R. 3-16)**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**JUDGE SAMUEL CONTI'S ORDER SETTING CASE MANAGEMENT CONFERENCE AND ORDER RE: TIMELY FILING OF PLEADINGS, BRIEFS, MOTIONS, ETC.**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**PUBLIC NOTICE RE: JUDGE WAYNE D. BRAZIL TERM OF OFFICE TO EXPIRE**

**USDC INFORMATION – WELCOME**

**LIST OF JUDGES**

**ECF REGISTRATION INFORMATION HANDOUT**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

John E. Hill, Esq.
Michael P. Guta, Esq.
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 20, 2007, at South San Francisco, California.

Tracy Kecskemeti

CERTIFICATE OF SERVICE OF NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

1  PAUL V. SIMPSON, BAR NO. 83878
   JAMIE RUDMAN, BAR NO. 166727
2  KENDALL M. BURTON, BAR NO. 228720
   SIMPSON, GARRITY & INNES
3  Professional Corporation
   601 Gateway Boulevard, Suite 950
4  South San Francisco, CA  94080
   Telephone:  (650) 615-4860
5  Fax:  (650) 615-4861

6  Attorneys for Defendant AJW Construction, Inc.

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF ALAMEDA

10

11 HIPOLITO ACOSTA, JESUS ACOSTA,          )  Case No. RG-07-341397
   FILEMON GARCIA, ENRIQUE JAUREGUI,       )
12 SAUL LOZANO, RICARDO MUNGUIA, JUAN      )  **ASSIGNED FOR ALL PURPOSES TO**
   M. NAVARRO, JUAN RODRIGUEZ;             )     **JUDGE Patrick J. Zika**
13 EVERARDO VILLA,                         )       **DEPARTMENT 24**
                                           )
14                    Plaintiffs,          )
                                           )  **NOTICE TO PLAINTIFFS OF**
15               v.                        )  **REMOVAL OF CASE TO FEDERAL**
                                           )  **COURT**
16 AJW CONSTRUCTION, a California corporation; )
   and DOES I through XX,                  )
17                                         )
                     Defendant.            )
18                                         )
                                           )
19 _____ )

20 TO PLAINTIFFS HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE

21 JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN

22 RODRIGUEZ, EVERARDO VILLA AND THEIR ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in United

24 ///

25 ///

26 ///

27 ///

28 ///

{CLIENT FILES\20444\5\00079189.DOC}                                    - 1 -

1    States District Court for the Northern District of California on September 19, 2007. A file-

2    stamped copy of said Notice of Removal is attached as Exhibit A to this Notice, and is served and

3    filed herewith

4    Date: _Sept. 20_____, 2007          Respectfully submitted,

5

6                                        SIMPSON, GARRITY & INNES
                                         Professional Corporation

7                                        By:

8                                        PAUL V. SIMPSON
                                         JAMIE RUDMAN

9                                        KENDALL M. BURTON
                                         Attorneys for Defendant AJW Construction, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant AJW Construction, Inc.

ORIGINAL
FILED

SEP 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR

| HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ; EVERARDO VILLA, | ) ) ) ) ) ) | Case No. C07-04829 SC |
|---|---|---|
| Plaintiffs, | ) ) ) | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION)** |
| v. | ) ) ) | |
| AJW CONSTRUCTION, a California corporation; and DOES I through XX, | ) ) ) ) | BY FAX |
| Defendant. | ) ) ) ) ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant AJW CONSTRUCTION (hereinafter "Defendant") hereby removes to this Court the state court action described below:

1.     On or about August 17, 2007, an action commenced in the Superior Court for the State of California, in and for the County of Alameda ("Alameda Superior Court"), entitled *Hipolito Acosta, Jesus Acosta, Filemon Garcia, Enrique Jauregui, Saul Lozano, Ricardo Munguia, Juan M. Navarro, Juan Rodriguez, Everardo Villa v. AJW Construction and Does I through XX*, as Case No. C 07-341397, which Court is within the jurisdiction of the United States District Court for the Northern District of California. A true and correct copy of the Complaint in

{CLIENT FILES\20444\5\00078438.DOC}

EX. A

1  the above-referenced action (the "Complaint") served on Defendant is attached hereto as

2  Exhibit A.

3       2.    Defendant AJW Construction first received notice of this action on August 21,

4  2007, when copies of the Summons, the Complaint and alternative dispute resolution materials

5  were personally served on Defendants. A true and correct copy of the Summons served on

6  Defendant is attached hereto as Exhibit B.

7       3.    Pursuant to 28 U.S.C. Section 1446(d), Defendant will promptly file a copy of the

8  Notice of Removal, with exhibits, in the Alameda County Superior Court and will promptly serve

9  the same on Plaintiffs pursuant to 28 U.S.C. Section 1446(d).

10                          **JURISDICTION**

11      4.    This action is a civil action of which this Court has original jurisdiction under 28

12  U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the

13  provisions of 28 U.S.C. § 1441(b) in that it arises under the federal Labor Management Relations

14  Act ("LMRA") 29 U.S.C. § 301, *et seq.* because the resolution of Plaintiffs' claims will require

15  interpretation of a collective bargaining agreement. (Complaint, ¶¶ 15-24; *see, Lingle v. Norge*

16  *Div. Magic Chef, Inc.* (1988) 486 U.S. 399, 412; *Allis-Chalmers Corp. v. Lueck* (1985) 471 U.S.

17  202, 213).

18      5.    This action is a civil action of which this Court has original jurisdiction under 28

19  U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the

20  provisions of 28 U.S.C. § 1441(b) in that it also arises under the federal Employment Retirement

21  and Income Security Act of 1974 ("ERISA") 29 U.S.C. § 1001, *et seq.* because Plaintiffs seek to

22  recover benefits allegedly due under an employee benefit plan. (Complaint, ¶ 24; *see,*

23  *Metropolitan Life Ins. Co. v. Taylor* (1987) 481 U.S. 58, 66).

24      6.    This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant

25  to 28 U.S.C. § 1367(a).

26

27

28

{CLIENT FILES\20444\5\00078438.DOC}                                    - 2 -

**INTRADISTRICT ASSIGNMENT**

7.    A substantial part of the events or omissions giving rise to Plaintiff's claim occurred in Alameda County and therefore, assignment to the Oakland Division of this Court is proper under Civil Local Rule 3-2(c) and (d).

WHEREFORE, Defendant prays that the above-described action be removed from the Superior Court for the State of California, in and for the County of Alameda, to the United States District Court for the Northern District of California.

Date: **9 / 17** , 2007

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: _____
PAUL V. SIMPSON
JAMIE RUDMAN
KENDALL M. BURTON
Attorneys for Defendant AJW Construction, Inc.

# EXHIBIT A

1  JOHN E. HILL (Bar No. 45338)
   MICHAEL P. GUTA (Bar No. 121509)
2  LAW OFFICES OF JOHN E. HILL
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Facsimile:  (510) 729-6333

5  Attorneys for Plaintiffs

# FILED
## ALAMEDA COUNTY

### AUG 1 7 2007

CLERK OF THE SUPERIOR COURT
By _Kml Ohrd_ Deputy

6

7              SUPERIOR COURT OF CALIFORNIA

8                   COUNTY OF ALAMEDA

9                  UNLIMITED JURISDICTION

10 HIPOLITO ACOSTA, JESUS ACOSTA,          Case No. RG **07341397**
   FILEMON GARCIA, ENRIQUE
11 JAUREGUI, SAUL LOZANO, RICARDO          COMPLAINT FOR DAMAGES
   MUNGUIA, JUAN M. NAVARRO, JUAN
12 RODRIGUEZ, EVERARDO VILLA             (Recovery of Unpaid Wages; Unfair
                                          Business Practices - Violation of Bus. &
13                                        Prof. Code Sec. 17200 ).
              Plaintiffs,
14                                                   **BY FAX**
15 v.

16 AJW CONSTRUCTION, a California
   corporation; and DOES I through XX
17
              Defendant (s).
18

19    1.    At all times mentioned herein, Plaintiffs HIPOLITO ACOSTA, JESUS ACOSTA,

20 FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN

21 MANUEL NAVARRO,  JUAN RODRIGUEZ, and EVERARDO VILLA were and are residents of

22 State of California, County of Alameda.

23    3.    At all times mentioned herein, Defendant AJW CONSTRUCTION  was a corporation

24 organized and existing under the laws of California, and was doing business in State of California,

25 County of Alameda.

26    4.    Plaintiff is informed and believes, and thereon alleges, that the true names and capacities,

27

28 070503 2                                1                    COMPLAINT FOR DAMAGES:



Ex. A

1  whether individual, associate, corporate or otherwise of Defendants sued herein as Does I to XX,

2  inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.

3  Plaintiff is informed and believes, and thereon alleges, that the Defendants sued herein as "Does" are

4  legally and/or equitably culpable and liable for the actions complained of herein. Plaintiff will seek

5  leave of court to amend his complaint to allege the Does true names and capacities when the names

6  and capacities have been ascertained. At all times herein mentioned, Plaintiff is informed and

7  believes, and upon such basis alleges, that Does I to XX were the agents, servants and/or employees

8  of the other Defendants, and at all times herein mentioned were acting within the course and scope of

9  their agency and employment, and that the acts of each Defendant were ratified by the others.

10  ### FIRST CAUSE OF ACTION

11  ### (Recovery of Unpaid Wages)

12  5.   Plaintiffs incorporate Paragraphs 1 to 4 as though full set forth herein.

13  6.   Beginning in February, 2005, and continuing until the present, Plaintiff HIPOLITO

14  ACOSTA was employed by Defendants, and each of them, at their facility in County of Alameda.

15  7.   Beginning in 2000, and continuing until 2006, Plaintiff JESUS ACOSTA was employed by

16  Defendants, and each of them, at their facility in County of Alameda.

17  8.   Beginning in 1990, and continuing until May 31, 2005, Plaintiff FILEMON GARCIA was

18  employed by Defendants, and each of them, at their facility in County of Alameda.

19  9.   Beginning in August, 2004 and continuing until May 31, 2005, SAUL LOZANO was

20  employed by Defendants, and each of them, at their facility in County of Alameda.

21  10.   Beginning on May 20, 1998, and continuing until March 25, 2005, Plaintiff RICARDO

22  MUNGUIA was employed by Defendants, and each of them, at their facility in County of Alameda.

23  11.   Beginning in 2000 and continuing until the present, Plaintiff ENRIQUE JAUREGUI was

24  employed by Defendants, and each of them, at their facility in County of Alameda.

25  12.   Beginning in 1999, and continuing until Aopril 18, 2007, Plaintiff JUAN MANUEL

26  NAVARRO was employed by Defendants, and each of them, at their facility in County of Alameda.

27

28  070503 2                                    2                        COMPLAINT FOR DAMAGES:

1    13.    Beginning on August 1, 2002, and continuing until the present, Plaintiff JUAN

2    RODRIGUEZ was employed by Defendants, and each of them, at their facility in County of

3    Alameda.

4    14.    Beginning in September, 2005, and continuing until the present, Plaintiff EVERARDO

5    VILLA was employed by Defendants, and each of them, at their facility in County of Alameda.

6    15.    Plaintiff HIPOLITO ACOSTA is owed wages in an amount to be proven, based on a wage

7    rate of $27.96/hour.

8    16.    Plaintiff JESUS ACOSTA is owed wages in an amount to be proven, based on a wage rate

9    of $23.84/hour.

10    17.    Plaintiff FILEMON GARCIA is owed wages in an amount to be proven, based on a wage

11    rate of $23.84/hour.

12    18.    Plaintiff ENRIQUE JAUREGUI is owed wages in an amount to be proven, based on a wage

13    rate of $23.74/hour, or at times $27.21/hour.

14    19.    Plaintiff SAUL LOZANO is owed wages in an amount to be proven, based on a wage rate

15    of $23.50/hour.

16    20.    Plaintiff RICARDO MUNGUIA is owed wages in an amount to be proven, based on a

17    wage rate of $23.80/hour.

18    21.    Plaintiff JUAN MANUEL NAVARRO is owed wages in an amount to be proven, based

19    on a wage rate of at least $ 23.84/hour.

20    22.    Plaintiff JUAN RODRIGUEZ is owed wages in an amount to be proven, based on a wage

21    rate of $23.50/hour.

22    23.    Plaintiff EVERARDO VILLA is owed wages in an amount to be proven, based on a wage

23    rate of $24.84/hour, or $27.97/hour..

24    24.    In addition, Plaintiffs had accrued paid time off pursuant to Labor Code Secs. 226.7 and

25    227.3.

26    25.    Pursuant to Labor Code Section 203, Plaintiffs request that the Court award them the

27

28    070503 2                          3                    COMPLAINT FOR DAMAGES:

1  statutory penalty for unpaid wages.  Pursuant to Labor Code Section 226.3, Plaintiffs request the

2  Court to award them the statutory penalty for failure to provide accurate  pay stubs. Pursuant to

3  Labor Code Section 218.5, Plaintiffs request the Court to award them reasonable attorney's fees and

4  costs incurred by them in the instant action.

5  26.     Pursuant to Labor Code Section 218.6, Plaintiffs request that the Court award them interest

6  on all due and unpaid wages at the legal rate specified by Civil Code Section 3289(b), accruing from

7  the date the wages became due and payable.

8           WHEREFORE, Plaintiffs pray  relief as hereinafter set forth.

9                          **SECOND CAUSE OF ACTION**
           **(Unfair Business Practices – Violation of Bus. & Prof. Code Section 17200)**
10

11  27.     Plaintiffs hereby incorporate Paragraphs 1-26  as though fully set forth herein.

12  28.     Defendants' acts were  in violation of Business and Professions Code Section 17200, in that

13  they were  a direct and proximate result of an unlawful, unfair, or fraudulent business act or practice.

14           WHEREFORE, Plaintiffs pray judgment as hereinafter set forth.

15           WHEREFORE, all Plaintiffs pray relief as follows:

16    1.      Compensatory damages;

17    2.      For economic damages including losses incurred in seeking substitute employment

18             and loss of earnings, deferred compensation and other employment benefits, lost

19             investment earnings, together with other economic losses, in an amount to be awarded

20             by the Court;

21    3.      For penalties pursuant to Labor Code Section 203;

22    4.      For interest on the amount of losses incurred in earnings, deferred compensation and

23             other employee benefits at the prevailing legal rate;

24    5.      For reasonable attorney's fees, pursuant to Labor Code Section 218.5;

25    6.      For punitive damages;

26    7.      For costs of suit herein incurred; and

27

28  070503 2                              4                    COMPLAINT FOR DAMAGES:

8.    For such other and further relief as the Court may deem proper.

Dated: 8/14/07

LAW OFFICES OF JOHN E. HILL

By
MICHAEL P. GUTA
Attorneys for Plaintiff

070503 2    5    COMPLAINT FOR DAMAGES:

# EXHIBIT B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
ASW CONSTRUCTION, a California corporation; and DOES I through XX

ENDORSED
FILED
ALAMEDA COUNTY

AUG 17 2007

CLERK OF THE SUPERIOR COURT
By KMEL DHILLON  Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA,
ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA,
JUAN M. NAVARRO, JUAN RODRIGUEZ, EVERARDO VELA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

CASE NUMBER:
(Número del Caso):  RG 07341397

The name and address of the court is:
(El nombre y dirección de la corte es):
Alameda Superior Court
1225 Fallon Street
Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Michael P. Guta, SBN 121509, c/o LAW OFFICES OF JOHN E. HILL, A Professional Corporation, 8105
Edgewater Drive, Suite 100, Oakland, CA 94621, (510) 588-1000

DATE:  AUG 17 2007  PAT S. SWEETEN  Clerk, by  KMEL DHILLON  , Deputy
(Fecha)  (Secretario)  (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [✗] on behalf of (specify): ASW Construction, et al.

under: [ ] CCP 416.10 (corporation)  [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)

[ ] other (specify):
4. [ ] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

18680108.tif - 8/17/2007 1:29:38 PM

EX. B

PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant AJW Construction, Inc.

ORIGINAL
FILED

SEP 2 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(FAX)

E-filing

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA    ADR

| | |
|---|---|
| HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ; EVERARDO VILLA, <br><br> Plaintiffs, <br><br> v. <br><br> AJW CONSTRUCTION, a California corporation; and DOES I through XX, <br><br> Defendant. | ) Case No. C07-04829  SC <br> ) <br> ) CERTIFICATE OF INTERESTED <br> ) ENTITIES OR PARTIES <br> ) (L.R. 3-16) <br> ) <br> ) <br> ) <br> ) BY FAX <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendant AJW

Construction certifies that as of this date, other than the named parties, there is no such interest to

report

Date: 9/19, 2007

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: Kendall Burton

PAUL V. SIMPSON
KENDALL M. BURTON
Attorneys for Defendant AJW Construction, Inc.

{CLIENT FILES\20444\S\00079191.DOC}    - 1 -

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HIPOLITO ACOSTA, ET AL.,

    Plaintiff(s),

    v.

AJW CONSTRUCTION,
    Defendant(s).

No. C 07-04829 SC

**ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES**

*E-filing*

ORIGINAL
FILED
SEP 2 0 2007
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that this action is assigned to the Honorable Samuel Conti. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|------|-------|----------------|
| 9/20/2007 | Notice of removal filed | |
| 12/21/2007 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 1/4/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) Civil L.R. 16-9 |
| 1/11/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 1, 17th Floor, SF at 10:00 AM | Civil L.R. 16-10 |

* If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. _____

ORDER SETTING CASE MANAGEMENT CONFERENCE

This action having been assigned to Judge Samuel Conti,

IT IS ORDERED that a conference will be held before Judge Conti on _____ at 10:00 A.M. in the U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss the future course of the litigation including, but not limited to, matters set forth in Civil Local Rule 16-10.  Parties are to file a written case management statement at least 10 days before said hearing date.

The parties are required to comply with the provisions of Civil Local Rule 16-3 to 16-10(patent cases should comply with Patent Local Rule), including, but not limited to, the following requirements:

1.   The parties must meet and confer no less than 14 days prior to the initial case management conference.

2.   The parties must devise a discovery plan and submit it, jointly, no less than 10 days prior to the case management conference. The parties shall submit a proposed order embodying the terms of the discovery plan at the status conference.

3.   At the "meet and confer" conference referenced in paragraph 1, above, the parties shall discuss whether and to what extent they shall make the kinds of "disclosures" contemplated in Federal Rules of Civil Procedure. The parties shall report to the

Court the results of this discussion in their case management conference statement.

Following the conference, appropriate orders will be entered regulating and controlling future proceedings in the case.

PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT ONCE UPON ALL PARTIES TO THIS ACTION AND UPON THOSE SUBSEQUENTLY JOINED IN ACCORDANCE WITH THE PROVISIONS OF RULES 4 AND 5, FEDERAL RULES OF CIVIL PROCEDURE, and to file with the Clerk of the Court a certificate reflecting such service.

FOR THE COURT:

Richard W. Wieking, Clerk

By: _____

Deputy Clerk

IMPORTANT:

SEE ATTACHED ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, AND MOTIONS CALENDAR:

Judge Conti's Law and Motion Calendar is held at 10:00 A.M., Fridays.

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOTICE TO ALL ATTORNEYS:

ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, MOTIONS, ETC.

It has been noted by the court that many attorneys are not
filing their pleadings and briefs within the time specified in the
Local Rules, nor in the manner or form required.  Specifically,
many attorneys have filed briefs and memoranda in excess of
twenty-five (25) pages, without leave of court.  Said practice
violates Civil Local Rule 7-4(b).

By addressing this order to you, the court does not infer
that you or any member of your firm adheres to this practice, but
rather seeks to put all attorneys on notice.

Any pleading or brief hereafter sought to be filed with the
court after the required time, or in an improper manner or form,
shall not be received or considered by the court.  Any attorney in
violation of these requirements will be subject to other sanctions
pursuant to Civil Local Rule 1-4.


RE MOTIONS:  All pleadings relating to all motions should be
complete as to briefing and argument, as the court will decide the
issues therein without oral argument, unless otherwise ordered by
the Judge.  When this occurs, the court will notify the parties
that they need to appear.  (Civil Local Rule 7-6)

United States District Court

For the Northern District of California

# STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

## CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.    Jurisdiction and Service: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.    Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.    Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.    Motions: All prior and pending motions, their current status, and any anticipated motions.

5.    Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.    Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.    Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.    Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.    Class Actions: If a class action, a proposal for how and when the class will be certified.

10.    Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.    Relief: All relief sought through complaint or counterclaim, including the amount of any

damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12.     <u>Settlement and ADR</u>: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.     <u>Consent to Magistrate Judge For All Purposes</u>: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.     <u>Other References</u>: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.     <u>Narrowing of Issues</u>: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.     <u>Expedited Schedule</u>: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17.     <u>Scheduling</u>: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.     <u>Trial</u>: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.     <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. **In addition**, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.     Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE
# TO EXERCISE JURISDICTION

In accordance with the provisions of Title 28, U.S.C., § 636(c), you are hereby notified that a United States magistrate judge of this district is available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Copies of the Form for the "Consent to Exercise of Jurisdiction by a United States Magistrate Judge" are available from the clerk of court.

The plaintiff or removing party shall serve a copy of this notice upon all other parties to this action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT
RICHARD W. WIEKING, CLERK


By: Deputy Clerk

magcons.ntc (rev. 10/99)

E-filing

IN THE UNITED STATES DISTRICT COURT    ADR

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N. 07-04829 SC

Plaintiff,

v.

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

Defendant.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:

_____
Signature

Counsel for_____
(Name or party or indicate "pro se")

# PUBLIC NOTICE

### MAGISTRATE JUDGE

### U.S. DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

The current term of office of United States Magistrate Judge Wayne D. Brazil is due to expire on June 3, 2008.  The United States District Court is required by law to establish a panel of citizens to consider the reappointment of the magistrate judge to a new 8-year term.

The duties of the magistrate judge position include the following: 1) conduct of most preliminary proceedings in criminal cases; 2) trial and disposition of misdemeanor cases; 3) conduct of various pretrial matters and evidentiary proceedings on delegation from the judges of the district court; 4) trial and disposition of civil cases upon consent of the litigants; and 5) conduct of settlement conferences.

Comments from members of the bar and the public are invited as to whether the incumbent magistrate judge should be recommended by the panel for reappointment by the court and should be submitted in writing no later than September 21, 2007 to:  Richard W. Wieking, Clerk of the Court, United States District Court, 450 Golden Gate Avenue, P.O. Box 36060, San Francisco, CA 94102.

# WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
## OFFICE HOURS:   9:00 A.M. TO 4:00 P.M.
### 415.522.2000
#### www.cand.uscourts.gov

**In Addition to the Local Rules, the Following Guidelines Have Been Provided to Ensure That the Filing Process Is Accomplished with Ease and Accuracy.  For Additional Information or Assistance, Please Call the above Number During Office Hours.**

1.  Documents are to be filed in the Clerk's Office at the location of the chambers of the judge to whom the action has been assigned.  We do not accept filings for cases assigned to judges or magistrate judges in the Oakland or San Jose division, per Civil L.R. 3-2(b).

2.  This office will retain the original plus one copy of most documents submitted.  We will conform as many copies as you bring for your use.  Related cases require an extra copy for **each** related action designated.

3.  The copy retained goes directly to the assigned Judge.  Courtesy copies, or instructions for couriers to deliver a copy directly to chambers are inappropriate, unless you have been instructed to do so by court order.

4.  In order to facilitate the file stamping process, each original document should be submitted on top of its copies.  In other words, group like documents together--as opposed to a set of originals and separate sets of copies.

5.  The case number must indicate whether it is a civil or criminal matter by the inclusion of **C** or **CR** at the beginning of the number.  Miscellaneous and foreign judgment matters should also be indicated with initials **MISC** or **FJ** at the end of the case number.

6.  The case number must include the initials of the judge and/or magistrate judge followed by the letters designating the case Arbitration (**ARB**), Early Neutral Evaluation (**ENE**) or Mediation (**MED**)--if assigned to one of those programs.

7.  The document caption should include the appropriate judge or magistrate judge involved in a particular matter or before whom an appearance is being made.  This is especially important when submitting Settlement Conference Statements.

8.  Documents are to be stapled or acco-fastened at the top.  Backings, bindings and covers are not required.  Two holes punched at the top of the original document will facilitate processing.

9.  Appropriately sized, stamped, self-addressed return envelopes are to be included with proposed orders or when filing documents by mail.

10. Proofs of service should be attached to the back of documents. If submitted separately, you must attach a pleading page to the front of the document showing case number and case caption.

11. There are no filing fees once a case has been opened.

12. New cases must be accompanied by a completed and signed Civil Cover Sheet, the filing fee or fee waiver request form and an original plus **two** copies of the complaint and any other documents. For Intellectual Property cases, please provide an original plus **three** copies of the underlined complaint. Please present new cases for filing before 3:30 p.m., as they take a considerable amount of time to process.

13. Copies of forms may be obtained at no charge. They may be picked up in person from the Clerk's Office forms cabinet or with a written request accompanied by an appropriate sized, stamped, self-addressed envelope for return. In addition, copies of the Local Rules may be obtained, free of charge, in the Clerk's Office or by sending a written request, along with a self-addressed, 10" x 14" return envelope, stamped with **$ 3.95** postage to: Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

14. Two computer terminals which allow public access to case dockets and one terminal with information regarding files at the Federal Records Center (FRC) are located in the reception area of the Clerk's Office. Written instructions are posted by the terminals. Outside of the Clerk's Office, electronic access to dockets is available through PACER. To obtain information or to register call 1-800-676-6851.

15. A file viewing room is located adjacent to the reception area. Files may be viewed in this area after signing the log sheet and presenting identification. Files are to be returned by **1:00 pm** Under no circumstances are files to be removed from the viewing room.

16. The Clerk's Office can only accept payment by **exact change or check** made payable to Clerk, U.S. District Court. No change can be made for fees or the public copy machine.

17. Two pay copy machines are located in the file viewing room for public use, at fifteen cents ($.15) per page. Copy cards may be purchases at the snack bar on the first floor. Orders for copywork may be placed through Eddie's Document Retrieval by phoning 415-317-5556. Arrangements may be made to bring in a personal copier by calling the Clerk's Office in advance.

18. We have a drop box for filing when the Clerk's Office is closed. Please see attached for availability and instructions.

## SAN FRANCISCO

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initals |
|---|---|---|---|
| Alsup, William H. | WHA | Chen, Edward M. | EMC |
| Breyer, Charles R. | CRB | James, Maria-Elena | MEJ |
| Chesney, Maxine M. | MMC | Laporte, Elizabeth D. | EDL |
| Conti, Samuel | SC | Larson, James | JL |
| Hamilton, Phyllis J. | PJH | Spero, Joseph C. | JCS |
| Henderson, Thelton E. | TEH | Zimmerman, Bernard | BZ |
| Illston, Susan | SI | | |
| Jenkins, Martin J. | MJJ | | |
| Patel, Marilyn Hall | MHP | | |
| Schwarzer, William W | WWS | | |
| Walker, Vaughn R | VRW | | |
| White, Jeffrey S. | JSW | | |

## SAN JOSE

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initials |
|---|---|---|---|
| Fogel, Jeremy | JF | Lloyd, Howard R. | HRL |
| Ware, James | JW | Seeborg, Richard | RS |
| Whyte, Ronald M. | RMW | Trumbull, Patricia V. | PVT |

## OAKLAND

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initials |
|---|---|---|---|
| Armstrong, Saundra B. | SBA | Brazil, Wayne D. | WDB |
| Jensen, D. Lowell | DLJ | | |
| Wilken, Claudia | CW | | |

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45.  _This means that you **must**_ (check off the boxes ☑ when done):

☐  **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

_Each attorney representing a party must also:_

☐  **2) Register** to become an efiler by filling out the efiler application form.  Follow ALL the instructions on the form carefully.  If you are already registered in this district, _do not_ register again, your registration is valid for life on all ECF cases in this district.

☐  **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below.  You do not need to wait for your registration to be completed to email the court.

☐  **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records).  If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free.  If you need to establish or check on an account, visit:  **http://pacer.psc.uscourts.gov** or call **(800) 676-6856.**

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically.  Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

Version 5/14/2007

**Submitting Initiating Documents**

PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the <u>subject line</u> of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**

Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: <u>http://ecf.cand.uscourts.gov</u>, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email <u>must</u> contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

Version 5/14/2007

**Questions**
Almost all questions can be answered in our **FAQs** at
**http://ecf.cand.uscourts.gov,** please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or
call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from
9:00am to 4:00pm Pacific time, excluding court holidays.

Version 5/14/2007

## PROOF OF SERVICE BY MAIL

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is Simpson, Garrity & Innes, Professional Corporation, 601 Gateway Boulevard, Suite 950, South San Francisco, CA 94080.

On the date indicated below, I served by mail a true copy of the following documents:

**NOTICE TO PLAINTIFFS OF REMOVAL OF CASE TO FEDERAL COURT**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

John E. Hill, Esq.
Michael P. Guta, Esq.
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 20, 2007, at South San Francisco, California.

Tracy Kecskemeti