1  Michael P. Guta (Bar No. 121509)
   LAW OFFICES OF JOHN E. HILL
2  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
3  Telephone:   (510) 588-1000
   Facsimile:    (510) 729- 6333
4
   Attorneys for Applicants
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  HIPOLITO ACOSTA,            )   Case No. C 07-04829 SC
   JESUS ACOSTA,               )
10 FILEMON GARCIA, ENRIQUE     )   NOTICE OF MOTION TO REMAND
   JAUREGUI, SAUL LOZANO,      )   REMOVED ACTION AND FOR
11                             )   ATTORNEY FEES AND COSTS
   RICARDO MUNGUIA, JUAN M.    )
12 NAVARRO, JUAN               )   Date:   November 16, 2007
   RODRIGUEZ, EVERARDO         )   Time:   10:00 a.m.
13 VILLA                       )   Place:  Courtroom 1, San Francisco
                               )           Hon. Samuel Conti
14        Plaintiff,           )
                               )
15 vs.                         )
                               )
16 AJW CONSTRUCTION, a         )
   California corporatuion, and DOES )
17 I through XX,               )
                               )
18        Defendants.          )
                               )
19 ─────────────────────────

20      TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

21      YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that on November 16,

22 2007 at the hour of 10:00 a.m. in Courtroom 1 (San Francisco) before The Hon. Samuel Conti,

23 Plaintiffs HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE

24 JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN

25 RODRIGUEZ,and  EVERARDO VILLA will move for the remand of their cause to the Superior

26

27                                                    ─────────────────────────
                                                             NOTICE OF MOTION
28 070921 2                      -1-                  TO REMAND REMOVED ACTION

1  Court of California, County of Alameda, on the ground that the instant action was improvidently
2  removed therefrom and ios not within the jurisdiction of this Court, in that the removal of wage
3  claims does not present a right arising under the Constitution, .

4      Said motion will be based upon the instant Notice, the attached Motion with Points and
5  Authorities, the attached Declaration of Michael P. Guta, all pleadings and papers in the instant
6  case, and on such evidence, oral and documentary, as may be presented on the hearing on the
7  instant motion.

8
9  Dated: 10/12/07

10
11                  LAW OFFICES OF JOHN E. HILL
12
13      By: _____
14          Michael P. Guta
        Attorneys for Plaintiff

28  2      -2-    NOTICE OF MOTION TO REMAND REMOVED ACTION

# PROOF OF SERVICE

I, Michael R. Sher, do hereby declare as follows:

I am employed in the City of Oakland, and the County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California 94621.

On __10/12__, 2007, I served the within: Notice of Motion to Remand; Motion to Remand; [Proposed] Order, Declaration of Michael P. Guta, by placing a true copy thereof in a sealed envelope, addressed as follows:

Kendall Burton, Esq.
SIMPSON, GARRITY & INNES
601 Gateway Blvd., Ste 950
South San Francisco, CA 94080
(650) 615-4860
Fax: (650) 615-4861

__X__ (By Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California.

____ (By Personal Service) I caused each such envelope to be delivered by hand to the offices of each addressee above.

____ (Telecopier) I caused each such document to be delivered by telecopier to the offices of each addressee above.

____ (Federal Express Mail) I caused each such document to be delivered by hand to the offices of each addressee by Federal Express, over night service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on __10/12__, 2007 at Oakland, California.

_____
MICHAEL R. SHER