PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant AJW Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HIPOLITO ACOSTA, JESUS ACOSTA, FILEMON GARCIA, ENRIQUE JAUREGUI, SAUL LOZANO, RICARDO MUNGUIA, JUAN M. NAVARRO, JUAN RODRIGUEZ; EVERARDO VILLA, | ) ) ) ) ) ) | Case No. C-07-04829 SC **CERTIFICATE OF SERVICE OF OPPOSITION TO MOTION TO REMAND REMOVED ACTION AND FOR ATTORNEYS FEES AND COSTS** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| AJW CONSTRUCTION, a California corporation; and DOES I through XX, | ) ) ) | |
| Defendant. | ) ) ) ) | |

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is Simpson, Garrity & Innes, Professional Corporation, 601 Gateway Boulevard, Suite 950, South San Francisco, CA 94080.

On the date indicated below, I served a copy of the following documents, a true and correct copy of which are attached hereto:

**OPPOSITION TO MOTION TO REMAND REMOVED ACTION AND FOR ATTORNEYS FEES AND COSTS**

**DECLARATION OF PAUL V. SIMPSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO REMAND REMOVED ACTION AND FOR ATTORNEYS FEES AND COSTS**

{CLIENT FILES\20444\5\00080930.DOC}                                                           - 1 -

**DECLARATION OF ALFONSO QUINTOR IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO REMAND REMOVED ACTION AND FOR ATTORNEYS FEES AND COSTS**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

John E. Hill, Esq.
Michael P. Guta, Esq.
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2007, at South San Francisco, California.

Sylvia Hansen