1  Michael P. Guta (Bar No. 121509)
   LAW OFFICES OF JOHN E. HILL
2  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
3  Telephone:   (510) 588-1000
   Facsimile:   (510) 729-6333
4
   Attorneys for Plaintiffs
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  HIPOLITO ACOSTA,<br>JESUS ACOSTA,<br>10 FILEMON GARCIA, ENRIQUE<br>JAUREGUI, SAUL LOZANO,<br>11 RICARDO MUNGUIA, JUAN M.<br>NAVARRO, JUAN<br>12 RODRIGUEZ, EVERARDO<br>VILLA<br>13<br>      Plaintiff,<br>14<br>vs.<br>15<br>AJW CONSTRUCTION, a<br>16 California corporation, and DOES<br>I through XX,<br>17<br>      Defendants.<br>18 | Case No. C 07-04829 SC<br><br>DECLARATION OF MICHAEL P. GUTA<br>IN SUPPORT OF REPLY TO<br>OPPOSITION TO MOTION TO REMAND<br>REMOVED ACTION<br><br>Date:  November 16, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 1, San Francisco<br>       Hon. Samuel Conti |

19

20         I, MICHAEL P. GUTA, declare as follows:

21  1.     I am an attorney at law, admitted to practice in California, and attorney for Plaintiffs

22  herein. I am fully familiar with the facts attested to herein, and if called as a witness could and

23  would testify competently.

24  2.     As previously stated, I spent three hours in preparation of the motion to remand. My

25  billing rate is $300.00/hour.

26
                                            1
27                                              DECLARATION OF MICHAEL P. GUTA
                                                IN SUPPORT OF REPLY TO
28  071031 1                                    MOTION TO REMAND REMOVED ACTION

3. I have spent an additional six hours in preparation of this reply memorandum My normal and customary billing rate is $300.00 per hour.

Under penalty of perjury, I declare the foregoing to be a true and correct declaration executed at Oakland, California.

Dated: 11/01/07

MICHAEL P. GUTA

071031 1

2

DECLARATION OF MICHAEL P. GUTA
IN SUPPORT OF REPLY TO
MOTION TO REMAND REMOVED ACTION