**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

December 4, 2007

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 07-04829 SC     HIPOLITO ACOSTA, ET AL.-v-AJW CONSTRUCTION
         Your Case Number: (RG 07341397)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)     Certified copies of docket entries

        (x)     Certified copies of Remand Order

        (x)     Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by:  Alfred Amistoso
        Case Systems Administrator

Enclosures
Copies to counsel of record