ENDORSED
FILED
ALAMEDA COUNTY

DEC 6 2007

Latrice Norwood

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 4, 2007

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE: <u>CV 07-04829 SC   HIPOLITO ACOSTA, ET AL.-v-AJW CONSTRUCTION</u>
      Your Case Number: <u>(RG 07341397)</u>

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        (x)    Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *Alfred Amistoso*
        by: <u>Alfred Amistoso</u>
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES